R. Terry Parker, Esquire
RATH, YOUNG and PIGNATELLI, P.C.
120 Water Street, Second Floor
Boston, MA 02109
Telephone: (603) 226-2600
Email: rtp@rathlaw.com

*Attorneys for Plaintiff*
*Minden Pictures, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MINDEN PICTURES, INC.,

     Plaintiff,

  v.

COMPLEX MEDIA, INC.,

     Defendant.

**Case No.: 1:22-cv-4069 (RA) (GWG)**

## FIRST AMENDED COMPLAINT AND JURY DEMAND

  The plaintiff Minden Pictures Inc. ("Plaintiff"), by its undersigned attorneys, Rath, Young and Pignatelli, PC, for its Complaint against the defendant Complex Media, Inc., ("Defendant"), alleges as follows:

### SUBSTANCE OF THE ACTION

  1.  This is a case of willful copyright infringement in violation of 17 U.S.C. §§ 106(1), 501.  Plaintiff seeks compensatory and statutory damages in an amount to be established at trial.

**PARTIES**

2.      Plaintiff is a California Corporation with a principal place of business at 9565 Soquel Drive, Suite 202, Aptos, California, 95003.

3.      Upon information and belief, the Defendant is a domestic corporation operating a principal place of business at 40 West 23rd Street, Floor 2, New York, New York 10010.

**JURISDICTION AND VENUE**

4.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States, and therefore this Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question jurisdiction), and 28 U.S.C. § 1338(a) (jurisdiction over copyright actions).

5.      Personal jurisdiction over Defendant is proper. Defendant is conducting business in this judicial district and committing torts in this state, including without limitation Defendant's copyright infringement, which causes harm in this state and judicial district.

6.      Pursuant to 28 U.S.C. § 1391, venue properly lies in this Court because a substantial part of the events giving rise to the claims herein occurred in this judicial district.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

**A.      Plaintiff's Business**

7.      Plaintiff is recognized as a premier provider of rights managed wildlife and nature photography, featuring key aspects of natural history, ecology, biodiversity and endangered species. Its collection represents the finest images by award-winning natural history photographers including many regular contributors to *National Geographic*.

8.      Plaintiff licenses the works of its photographers for professional applications including editorial, advertising, corporate and non-profit use.  In short, Plaintiff takes care of the

business of licensing the existing works of its photographers so that the photographers can focus on the business of creating new works.  To this end, Plaintiff digitizes, captions and tags images to market them on the company's website and other platforms and work with distributors who help place the works of Plaintiff's photographers.  Plaintiff also maintains comprehensive records of licensing history for images and spends considerable resources protecting the copyrights of our photographers to preserve intellectual property rights and ownership of images.

9.      Plaintiff is the exclusive licensee of the photographic image by the celebrated photographer Gary Ellis at issue in this litigation, a copy of which is attached hereto as Exhibit A (the "Copyrighted Work").

10.     The Copyrighted Work is an original work of authorship.

11.     Plaintiff is the exclusive licensee of the copyrights in and to the Copyrighted Work.

12.     Plaintiff has obtained registration with the United States Copyrighted Office for the Copyrighted Work.  Attached hereto as Exhibit B is a copy of the certificates for registration obtained from the United States Copyright Office.

13.     Plaintiff obtains registrations for the works of its photographer as means of fighting online infringement of it works, which poses an existential threat to Plaintiff's business and its industry.  In order to protect against infringement, Plaintiff registers its images with the Library of Congress through the United States Copyright Office.  Obtaining these registrations, though a costly process, gives Plaintiff and its photographers legal standing in federal court, without which Plaintiff would be barred from seeking legal protection of its copyrights.

14.     In addition to obtaining registrations for its works, Plaintiff works diligently to detect online infringements of its works.  In order to detect infringements, Plaintiff evaluated and

3

enlisted various technology companies who can detect online infringement by crawling the internet and help recover some of our lost revenue.  Over the years, Plaintiff has engaged a number of companies to detect infringement.

**B.      Defendant's Unlawful Activities**

15.     In or about March of 2022, through a technology company that Plaintiff has engaged to locate infringements of Plaintiff's works on the internet, Plaintiff learned that Defendant was infringing Plaintiff's exclusive copyrights in the Copyrighted Work.

16.     Specifically, Plaintiff discovered the Copyrighted Work being reproduced, distributed, and publicly displayed, without Plaintiff's authorization at the website www.complex.com, screenshots of which are attached hereto as Exhibit C.

17.     Upon information and belief, Defendant located the Copyrighted Work on the internet and, without authorization from Plaintiff, downloaded the Copyrighted Work to computer systems owned or operated by Defendant and then posted the Copyrighted Work to Defendant's website, thus unlawfully committing a number of infringing acts, namely, reproducing, distributing, publicly displaying, and making a derivative work of the Copyrighted Work.

18.     As late as March of 2022, well within the statute of limitations period provided by the Copyright Act, Defendant was reproducing, distributing, and publicly displaying the Copyrighted Work, in violation of Plaintiff's exclusive rights.

19.     Defendant's reproduction, distribution, public display, and derivation of Plaintiff's Copyrighted Work are without Plaintiff's authorization.

20.     Defendant's reproduction, distribution, public display, and derivation of Plaintiff's Copyrighted Work are willful and knowing.  Defendant is a sophisticated media

company that understands copyright law and the need to obtain a license to publish the works of others. Despite this understanding, Defendant used the Copyrighted Work without bothering to obtain a license, accepting that such conduct might draw an infringement suit but such is the small price of revenue growth for Defendant. Indeed, this lawsuit is one of many copyright infringement suits for Defendant, indicating that the threat of such suits does not deter Defendant from its unlawful course of conduct.

## CLAIM FOR RELIEF
## DIRECT COPYRIGHT INFRINGEMENT
### (17 U.S.C. § 101 *et seq.*)

21.     Plaintiff realleges the above paragraphs and incorporates them by reference as if fully set forth herein.

22.     The Copyrighted Work is an original work of authorship, embodying copyrightable subject matter, subject to the full protection of the United States copyright laws.

23.     As exclusive licensee, Plaintiff has sufficient rights, title and interest in and to the copyrights in the Copyrighted Work to bring suit.

24.     Upon information and belief, as a result of Plaintiff's reproduction, distribution and public display of the Copyrighted Work, Defendant had access to the Copyrighted Work prior to the creation of Defendant's infringing website.

25.     By its actions, as alleged above, Defendant has infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. §501, by reproducing, distributing and publicly displaying the infringing website.

26.     Upon information and belief, Defendant's infringement of Plaintiff's copyrights is willful and deliberate and Defendant has profited at the expense of Plaintiff.

27.     As a direct and proximate result of Defendant's infringement of Plaintiff's exclusive rights in the Copyrighted Work, Plaintiff is entitled to recover its actual damages

resulting from Defendant's uses of the Copyrighted Work without paying license fees, in an amount to be proven at trial.

28.     In addition, at Plaintiff's election, pursuant to 17 U.S.C. § 504(b), Plaintiff shall be entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Copyrighted Work, which amounts will be proven at trial.

29.     In the alternative, and at Plaintiff's election, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to the infringing reproduction, distribution, and public display of the Copyrighted Work, or such other amounts as may be proper under 17 U.S.C. § 504(c).

30.     Plaintiff is entitled to its costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

31.     Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by this Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment as follows:

1.     A declaration that Defendant has infringed Plaintiff's copyrights under the Copyright Act;

2.     A declaration that such infringement is willful;

3.     An accounting of all revenue earned by Defendant during the period in which it reproduced, distributed or displayed the Copyrighted Work, or any portion or derivation of the Copyrighted Work;

4.      Awarding Plaintiff all gains, profits, property and advantages obtained or derived by Defendant from their acts of copyright infringement or, *in lieu* thereof, should Plaintiff so elect, such statutory damages as the Court shall deem proper, as provided in 17 U.S.C. §§ 504(c), including damages for willful infringement of up to $150,000 for each instance of copyright infringement;

5.      Awarding Plaintiff such exemplary and punitive damages as the Court finds appropriate to deter any future infringement;

6.      Awarding Plaintiff its costs and disbursements incurred in this action, including its reasonable attorneys' fees, as provided in 17 U.S.C. § 505;

7.      Awarding Plaintiff its costs and disbursements incurred in this action, including its reasonable attorneys' fees, as provided in 17 U.S.C. § 1203(b)(5);

8.      Awarding Plaintiff interest, including pre-judgment interest, on the foregoing sums;

9.      Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, public display, advertise, reproduce, develop or manufacture any works derived or copied from the Plaintiff's or to participate or assist in any such activity; and

10.      For such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury pursuant to Rule 38 of the Federal Rules of

Civil Procedure.

Dated: June 21, 2022

Respectfully submitted,

RATH, YOUNG & PIGNATELLI, P.C.

/s/ *R. Terry Parker*
R. Terry Parker, Esquire
RATH, YOUNG and PIGNATELLI, P.C.
120 Water Street, Second Floor
Boston, MA 02109
Telephone: (603) 226-2600
Email: rtp@rathlaw.com

*Attorneys for Plaintiff*
*Minden Pictures, Inc.*

8

# Exhibit A



# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-723-899

**Effective date of
registration:**

December 23, 2008

## Title ————————————————————————————

**Title of Work:** Gerry Ellis 2003 Photo Collection on minden Pictures Website

**Nature of Work:** Photographs

## Completion/Publication ——————————————————

**Year of Completion:** 2003

**Date of 1st Publication:** December 15, 2003     **Nation of 1st Publication:** United States

## Author ————————————————————————————

■     **Author:** Gerry Ellis

**Author Created:** Photograph

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1956

**Anonymous:** No     **Pseudonymous:** No

## Copyright claimant ————————————————————

**Copyright Claimant:** Gerry Ellis

c/o Minden Pictures, 558 Main Street, Watsonville, CA, 95076

## Limitation of copyright claim ——————————————

**Material excluded from this claim:** any previously published photographs

**Previously registered:** No

**New material included in claim:** new photographs first published on 12/15/2003.

## Certification ————————————————————————

**Name:** Chris Carey

**Date:** December 18, 2008

**Correspondence:**   Yes



Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

|     |     |
| --- | --- |
| VA  | VAU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
| --- | --- | --- |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

Title of This Work ▼

Gerry Ellis 2003 Photo Collection
on Minden Pictures website

NATURE OF THIS WORK ▼ See instructions

Photographs

Previous or Alternative Titles ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

NAME OF AUTHOR ▼

a        Gerry Ellis

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼
1956

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

Was this contribution to the work a
"work made for hire"?
☐ Yes
☑ No

OR

Author's Nationality or Domicile
Name of Country
Citizen of _____ USA
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

Nature of Authorship Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture          ☐ Map                    ☐ Technical drawing
☐ 2-Dimensional artwork            ☑ Photograph            ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design        ☐ Architectural work

b        Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

OR

Author's Nationality or Domicile
Name of Country
Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

Nature of Authorship Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture          ☐ Map                    ☐ Technical drawing
☐ 2-Dimensional artwork            ☐ Photograph            ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design        ☐ Architectural work

## 3

a        Year in Which Creation of This Work Was
Completed        2003        This information
must be given
Year in all cases.

b        Date and Nation of First Publication of This Particular Work
Complete this information        Month  DEC        Day  15        Year  2003
ONLY if this work
has been published.        USA        Nation

## 4

See instructions
before completing
this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the
author given in space 2. ▼

Gerry Ellis   C/o Minden Pictures
558 Main Street, Watsonville, CA 95076

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a
brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**   · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.        · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

FORM VA

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Some previously published photos

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Minden Pictures, Attn: Chris Carey
558 Main Street, Watsonville, CA 95076

**7**
a
b

Area code and daytime telephone number  ( 831 ) 761-3600          Fax number  (831) 761-3233
Email  chris@mindenpictures.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Gerry Ellis
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Chris Carey                                      Date  12/18/08

Handwritten signature (X) ▼
X _____

**Certificate will be mailed in window envelope to this address:**

**Name** ▼
Minden Pictures, Attn: Chris Carey

**Number/Street/Apt** ▼
558 Main Street

**City/State/ZIP** ▼
Watsonville, CA 95076

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**Gerry Ellis 2003 Photo Collection on Minden Pictures website**

| Photo ID# | Photographer | Caption |
|---|---|---|
| 200055 | Gerry Ellis | Harp Seal (Phoca groenlandicus) pup Gulf of St Lawrence, Canada |
| 200216 | Gerry Ellis | Three-horned or Jackson's Chameleon (Chamaeleo jacksonii) in tree, east Africa |
| 200677 | Gerry Ellis | Orangutan (Pongo pygmaeus) hanging on tree, endangered, Orangutan Wildlife |
| 200940 | Gerry Ellis | Intermediate Roundleaf Bat (Hipposideros larvatus) group hanging from cave cei |
| 200946 | Gerry Ellis | Sea Otter (Enhydra lutris) portrait, Pacific coast, North America |
| 201389 | Gerry Ellis | Replant of Douglas Fir (Pseudotsuga menziesii) in clearcut, Suislaw National Fo |
| 201395 | Gerry Ellis | Stunted Muskeg forest, temperate rainforest, Tongass National Forest, southeas |
| 201415 | Gerry Ellis | Loggers clear cutting temperate rainforest, Pacific coast, North America |
| 201417 | Gerry Ellis | Loggers clear cutting temperate rainforest, Pacific coast, North America |
| 201653 | Gerry Ellis | New forestry technique, Quinault River Valley, Olympic National Forest, Washing |
| 201667 | Gerry Ellis | Krumholtz effect on eastern Spruce, St Bonaventure Island, Quebec |
| 201840 | Gerry Ellis | Grasshopper (Melanoplus sp) on stem, side view, western North America |
| 202661 | Gerry Ellis | Sulphur pool and crater, Poas Volcano National Park, Costa Rica |
| 202664 | Gerry Ellis | Sulphur pool and crater, Poas Volcano National Park, Costa Rica |
| 202834 | Gerry Ellis | Cape Warthog (Phacochoerus aethiopicus) cooling off in mud, Masai Mara, Keny |
| 202931 | Gerry Ellis | Eastern crater and summit of Mount St Helens National Volcanic Monument, Wa |
| 203187 | Gerry Ellis | Rocks and peaks on tundra, Arctic National Wildlife Refuge, Alaska |
| 203357 | Gerry Ellis | Folding and uplift along Laurentian Divide, St Lawrence Seaway, Quebec, Canad |
| 203403 | Gerry Ellis | Moss-campion blooming on tundra, overlooking Sadlerochit Mountains, Arctic Na |
| 203470 | Gerry Ellis | Replant of Douglas Fir (Pseudotsuga menziesii) in clearcut, Suislaw National Fo |
| 204025 | Gerry Ellis | Honey Bee (Apis mellifera) feeding on honey in honeycomb, North America |
| 204030 | Gerry Ellis | Soda and algae formation on surface of Lake Natron, Great Rift Valley, Tanzania |
| 204063 | Gerry Ellis | Domestic Cat (Felis catus) eating a Sparrow it has caught, North America |
| 204073 | Gerry Ellis | Raccoon (Procyon lotor) on temperate rainforest floor, Pacific coast, North Amer |
| 204232 | Gerry Ellis | Anti World Trade Organization, WTO, protests in the streets of Seattle, Washingt |
| 204233 | Gerry Ellis | Anti-World Trade Organization (WTO) protests in the streets of Seattle, Washing |
| 204647 | Gerry Ellis | Koala (Phascolarctos cinereus) young male in Eucalyptus tree, eastern forested |
| 204757 | Gerry Ellis | Madagascan Sunset Moth (Chrysiridia rhipheus) detail of wing, Madagascar |
| 204760 | Gerry Ellis | Bumblebee (Megabombus pennsylvanicus) covered with parasite eggs, North Ar |
| 204819 | Gerry Ellis | Silver-spotted Skipper (Hesperia comma) feeding, with proboscis, on flower nect |
| 205682 | Gerry Ellis | Brown Tree Snake (Boiga irregularis) native to tropical Australia but introduced to |
| 205744 | Gerry Ellis | Sitka Spruce (Picea sitchensis) in old growth forest, Queen Charlotte Islands, Bri |
| 205779 | Gerry Ellis | Old growth Muskeg temperate rainforest surrounding peat bog on Revillagigedo |
| 205899 | Gerry Ellis | Blue-winged Teal (Anas discors) eggs in nest, Malheur National Wildlife Refuge, |
| 205931 | Gerry Ellis | American Beaver (Castor canadensis) swimming, North America |
| 205957 | Gerry Ellis | Golden-mantled Ground Squirrel (Spermophilus lateralis) eating pine cone, Nort |
| 206215 | Gerry Ellis | Green Leaf-mimic Katydid, on leaf, Costa Rican highlands |
| 200261 | Gerry Ellis | Ring-tailed Lemur (Lemur catta) group, Washington Park Zoo, Portland, Oregon, |
| 200418 | Gerry Ellis | Hartmann's Mountain Zebra (Equus zebra hartmannae) close up of black and wh |
| 200517 | Gerry Ellis | Lion-tailed Macaques (Macaca silenus) sitting together on grass, Woodland Park |
| 200521 | Gerry Ellis | Jaguar (Panthera onca) panting, Woodland Park Zoo, Seattle, Washington |
| 200532 | Gerry Ellis | Jaguar (Panthera onca) portrait, Belize Zoo, Belize |
| 200533 | Gerry Ellis | Jaguar (Panthera onca) and, reflection, Belize Zoo, Belize |
| 200536 | Gerry Ellis | Jaguar (Panthera onca) drinking, Belize Zoo, Belize |
| 200547 | Gerry Ellis | Bengal Tiger (Panthera tigris tigris) portrait, at Woodland Park Zoo, Seattle, Was |
| 200576 | Gerry Ellis | Snow Leopard (Uncia uncia) portrait, Woodland Park Zoo, Seattle, Washington |
| 200621 | Gerry Ellis | African Lion (Panthera leo) male, portrait, Washington Park Zoo, Portland, Orego |
| 200833 | Gerry Ellis | Proboscis Monkey (Nasalis larvatus) Bronx Zoo, New York, native to Borneo |
| 201096 | Gerry Ellis | Sun Bear (Helarctos malayanus) portrait, Woodland Park Zoo, Washington |

| | | |
|---|---|---|
| 201715 | Gerry Ellis | Effluence from Bonneville Dam, Columbia River, Oregon |
| 201716 | Gerry Ellis | Effluence from Bonneville Dam, Columbia River, Oregon |
| 202870 | Gerry Ellis | Irrigation sprinklers near Castroville, California |
| 202928 | Gerry Ellis | Irrigation sprinklers near Castroville, California |
| 203590 | Gerry Ellis | Fence separating over-grazed pasture from native Chihuahuan Desert grassland |
| 205087 | Gerry Ellis | African Lion (Panthera leo) portrait of male yawning, Washington Park Zoo, Portl |
| 205842 | Gerry Ellis | Fence separating an over-grazed pasture from native Chihuahuan Desert grassla |
| 205857 | Gerry Ellis | Irrigation sprinklers on farmland, Castroville, California |
| 205866 | Gerry Ellis | Effluence from Bonneville Dam, Columbia River, Oregon |
| 205869 | Gerry Ellis | Common Nighthawk (Chordeiles minor) resting on fence, northern Great Plains |
| 200868 | Gerry Ellis | Mountain Gorilla (Gorilla gorilla beringei) in tree, Virunga Mountains, Congo, Afri |
| 201730 | Gerry Ellis | Eroded landscape, Badlands National Park, South Dakota |
| 204809 | Gerry Ellis | Blue Wildebeest Herd (Connochaetes taurinus) migrating in a line, Masai Mara N |
| 204853 | Gerry Ellis | Dromedary Camel (Camelus dromedarius) mother with two day old baby, Oasis |
| 205420 | Gerry Ellis | Jumping Spider (Plexippus paykulli) on leaf, front view, Kikori Delta, Papua New |
| 205460 | Gerry Ellis | Jumping Spider (Salticidae) portrait, close up, Waipio Valley, Island of Hawaii |
| 205733 | Gerry Ellis | Honey Bee (Apis mellifera) group with queen on honeycomb, North America |
| 206276 | Gerry Ellis | Morelet's Crocodile (Crocodylus moreletii) endangered, Belize |
| 200128 | Gerry Ellis | Dainty Tree Frog (Litoria gracilenta) wet tropical climate, northeastern Australia |
| 200158 | Gerry Ellis | Harp Seal (Phoca groenlandicus) pup, Gulf of St Lawrence, Canada |
| 200332 | Gerry Ellis | Young Olive Baboon or Anubis Baboon (Papio anubis) portrait, Gombe Stream N |
| 200390 | Gerry Ellis | Margay (Leopardus wiedii) wild kitten, captive orphan, Costa Rica |
| 200549 | Gerry Ellis | Bengal Tigers (Panthera tigris tigris) mating, captive animal, Hilo Zoo, Hawaii, na |
| 200568 | Gerry Ellis | Jaguar (Panthera onca) Belize Zoo, Belize |
| 200797 | Gerry Ellis | Orangutan (Pongo pygmaeus) hanging on tree, endangered, Orangutan Wildlife |
| 201132 | Gerry Ellis | Ring-tailed Lemur (Lemur catta) calling, Woodland Park Zoo, Seattle, Washingto |
| 201336 | Gerry Ellis | Rainforest herbs and plants being sold along road near San Jose, Costa Rica |
| 201433 | Gerry Ellis | Perfumed Passion Flower (Passiflora vitifolia) flower, tropical Mesoamerica |
| 201720 | Gerry Ellis | Storm at sunset, Clearwater River Canyon, Clearwater National Forest, Idaho |
| 201740 | Gerry Ellis | Eroded landscape, Badlands National Park, South Dakota |
| 201864 | Gerry Ellis | Monarch butterfly (Danaus plexippus) caterpillar, North America |
| 202048 | Gerry Ellis | Canouan Island, Grenadine Archipelago, Lesser Antilles, Caribbean |
| 202125 | Gerry Ellis | Mixed vegetation, spiny forest, southeast Madagascar |
| 202650 | Gerry Ellis | Sunset over lowland tropical rainforest along Amazon River, Amazon Basin, Braz |
| 202915 | Gerry Ellis | Tiger Swallowtail butterfly (Papilio glaucus) perching on pink flowers, North Ame |
| 202943 | Gerry Ellis | Temperate rainforest, Queets River Valley, Olympic National Park, Washington |
| 203136 | Gerry Ellis | Leopard Tortoise (Geochelone pardalis) portrait, Karoo National Park, west Sout |
| 203176 | Gerry Ellis | Stream running over tundra, Arctic National Wildlife Refuge, Alaska |
| 203374 | Gerry Ellis | Late light on face of monolith of El Capitan, Yosemite National Park, California |
| 203384 | Gerry Ellis | Painted Reed Frog (Hyperolius marmoratus) Ndumo Game Reserve, South Afric |
| 203438 | Gerry Ellis | White sand beach surrounding lagoon, Two People's Bay National Park, Western |
| 203504 | Gerry Ellis | Aerial view of barchan cunes showing typical horns and downwind slip face, at a |
| 203638 | Gerry Ellis | Native Chihuahuan Desert grassland near San Pedro, Chihuahuan Desert, Mexi |
| 203842 | Gerry Ellis | Harrison's Cave showing stalactites and stalagmites, Barbados, Caribbean |
| 204027 | Gerry Ellis | Hercules Scarab Beetle (Dynastes hercules) male, the largest rhinoceros beetle |
| 204128 | Gerry Ellis | Umbrella Thorn (Acacia tortilis) trees at sunrise on savannah, Masai Mara Game |
| 204199 | Gerry Ellis | Lesser Flamingo (Phoenicopterus minor) flock flying at Lake Biogorias National F |
| 204242 | Gerry Ellis | Whistling Thorn (Acacia drepanolobium) on savannah, Masai Mara Game Reser |
| 204271 | Gerry Ellis | African Elephant (Loxodonta africana) juveniles, Nairobi National Park, Kenya |
| 204812 | Gerry Ellis | Orangutan (Pongo pygmaeus) juvenile, Orangutan Wildlife Center, Sepilok Fores |
| 204883 | Gerry Ellis | Whistling Thorn (Acacia drepanolobium) in open grasslands, Masai Mara Nationa |

| | | |
|---|---|---|
| 204885 | Gerry Ellis | Whistling Thorn (Acacia drepanolobium) in open grasslands, Masai Mara Nationa |
| 205139 | Gerry Ellis | Lilac-breasted Roller (Coracias caudata) perching, Masai Mara Game Reserve, I |
| 205245 | Gerry Ellis | Dung Beetle or Scarab Beetle (Scarabaeidae) rolling dung ball, Matetsi safari are |
| 205283 | Gerry Ellis | Clearing of tropical rainforest south of Lake Kutubu for Gobe oil camp, southern I |
| 205340 | Gerry Ellis | Sago Palm Beetle larvae being prepared for cooking, Kasua Bush Camp, southe |
| 205459 | Gerry Ellis | Jumping Spider (Salticidae) portrait, imported to Hawaiian islands |
| 205596 | Gerry Ellis | Great Crested-Tern (Sterna bergii) nesting site, southern Australia |
| 205750 | Gerry Ellis | Saguaro (Carnegiea gigantea) with Fishhook Barrel Cactus (Ferocactus wislizen |
| 205790 | Gerry Ellis | Sadlerochit Mountains reflected in tussock tundra pond in summer, Sunset Pass |
| 205798 | Gerry Ellis | North view of tundra at Sunset Pass Valley, Sadlerochit Mountains, Arctic Nation |
| 205806 | Gerry Ellis | Braided river channels and gravel bars of the Canning River, 1002 area, Arctic N |
| 205847 | Gerry Ellis | River grasses along the Merced River with reflection of late light on El Capitan, Y |
| 205848 | Gerry Ellis | Late light on face of monolith of El Capitan, Yosemite National Park, California |
| 206056 | Gerry Ellis | Iceberg in Bransfield Strait, along northern tip of the Antarctic Peninsula, Antarcti |
| 206232 | Gerry Ellis | White-lipped Peccary (Tayassu pecari) portrait rooting, Sarapiqui River, Costa R |
| 206294 | Gerry Ellis | Wandering Spider (Cupiennius coccineus) close up on branch, front view, Mesoa |
| 206296 | Gerry Ellis | Mexican Red-knee Tarantula (Brachypelma smithi) portrait, top view, Mexico and |
| 206338 | Gerry Ellis | Red Pineapple Bromeliad (Ananas comosus variegatus) top view, Trinidad, Caril |
| 206442 | Gerry Ellis | Elderly woman separating rice seed from husk, mountain village above Pokhara, |
| 206459 | Gerry Ellis | Domestic Cat (Felis catus) with songbird, Portland, Oregon |
| 205172 | Gerry Ellis | Mountain Gorilla (Gorilla gorilla beringei) silverback with baby on back, Virunga I |
| 200371 | Gerry Ellis | Patas Monkey (Erythrocebus patas) portrait, Woodland Park Zoo, native to centr |
| 205224 | Gerry Ellis | Flap-necked Chameleon (Chamaeleo dilepis) Okavango Delta, Botswana |
| 206543 | Gerry Ellis | Shoeshine boy with Black-mantled Tamarin (Saguinus nigricollis) Iquitos, Peru, A |
| 206569 | Gerry Ellis | Radiated Tortoise (Geochelone radiata) portrait, southern Madagascar |
| 206572 | Gerry Ellis | Red or Lesser Panda (Ailurus fulgens) native to China, Nepal and Burma |
| 206604 | Gerry Ellis | Black-tailed Prairie Dog (Cynomys ludovicianus) portrait, North America |
| 206609 | Gerry Ellis | Mountain Lion or Cougar (Felis concolor) peering around the corner of a rock ed |
| 206629 | Gerry Ellis | Great Egret (Casmerodius albus) in tall grass, Assateague Island National Seash |
| 206633 | Gerry Ellis | Gerenuk (Litocranius walleri) feeding in thornbush, native to arid, Sub-Saharan, |
| 206642 | Gerry Ellis | North American River Otter (Lontra canadensis) pair, North America |
| 206648 | Gerry Ellis | Common Cactus Finch (Geospiza scandens) Galapagos Islands National Park, E |
| 206692 | Gerry Ellis | African Tulip (Spathodea campanulata) tree, blossoms, El Yunque National Fore |
| 206714 | Gerry Ellis | Magellanic Penguin (Spheniscus magellanicus) standing on hillside full of flowers |
| 206720 | Gerry Ellis | Waterfall through native and exotic rainforest vegetation, in Naue River Valley, H |
| 206740 | Gerry Ellis | Adelie Penguin (Pygoscelis adeliae) leaping into ocean from ice edge, Antarctic |
| 204713 | Gerry Ellis | African Elephant (Loxodonta africana) orphaned baby Mwega playing at mud bat |
| 206544 | Gerry Ellis | Macaw feathers as curios, for sale in village along Amazon river, Brazil |
| 206613 | Gerry Ellis | Caribou (Rangifer tarandus) silhouetted against sky, Alaska |

a
Center, Sepilok Forest Reserve, Sabah, Borneo
iling, Malaysia

rest, Oregon
t Alaska

gton

ya
ashington

da
ational Wildlife Refuge, Alaska
rest, Oregon

a

ica
ton
ton, November 2000
Australia

merica
ar, western North America
o Guam where it has decimated native bird populations
itish Columbia, Canada
Island, Tongass National Forest, Alaska
Oregon

h America

, endemic to Madagascar
hite stripes on belly, native to southwestern Africa
k Zoo, Seattle, Washington

shington, native to India and southeast Asia

on

d near Hatch, New Mexico
land, Oregon
and, near Hatch, New Mexico


ca


National Reserve, Kenya
Dakhia, Sahara, Egypt
Guinea



National Park, Tanzania

ative to India and southeast Asia

Center, Sepilok Forest Reserve, Sabah, Borneo
n, endemic to South Madagascar




zil
rica

th Africa


ca
n Australia
pproximately 32 degrees, Skeleton Coast National Park, Namibia
co

in the world, can grow to eight inches long, tropical Central and South America
e Reserve, Kenya
Park, Great Rift Valley, Kenya
ve, Kenya

st Reserve, Sabah, Borneo
al Reserve, Kenya

al Reserve, Kenya
Kenya
ea, Zimbabwe
highlands, Papua New Guinea
eastern slope of Mt Bosavi, Papua New Guinea


iii) in the foreground, Sonoran Desert, Arizona
, Arctic National Wildlife Refuge, Alaska
nal Wildlife Refuge, Alaska
National Wildlife Refuge, Alaska
Yosemite National Park, California


ica
ica
america
d Central America
bbean
, Nepal


Mountains, Rwanda
al Africa


Amazon Basin


ge, western North America
hore, Maryland
east Africa


Ecuador
st, Puerto Rico
s, West Falkland Islands
lawaii
Peninsula
th, David Sheldrick Wildlife Trust, Tsavo East National Park, Kenya



| | | | | | | |
|---|---|---|---|---|---|---|
| 200055.JPG | 200128.jpg | 200158.JPG | 200216.JPG | 200261.JPG | 200332.JPG | 200371.JPG |
| 200390.JPG | 200418.JPG | 200517.JPG | 200521.JPG | 200532.JPG | 200533.JPG | 200536.JPG |
| 200547.JPG | 200549.JPG | 200568.JPG | 200576.JPG | 200621.JPG | 200677.JPG | 200797.JPG |
| 200833.JPG | 200868.JPG | 200940.jpg | 200946.JPG | 201096.JPG | 201132.jpg | 201336.JPG |
| 201389.JPG | 201395.JPG | 201415.JPG | 201417.JPG | 201433.JPG | 201653.JPG | 201667.JPG |
| 201715.JPG | 201716.JPG | 201720.JPG | 201730.JPG | 201740.JPG | 201840.JPG | 201864.JPG |
| 202048.JPG | 202125.jpg | 202650.JPG | 202661.JPG | 202664.JPG | 202834.JPG | 202870.JPG |



202915.JPG   202928.JPG   202931.jpg   202943.JPG   203136.JPG   203176.JPG   203187.JPG

203357.jpg   203374.JPG   203384.jpg   203403.JPG   203438.JPG   203470.JPG   203504.JPG

203590.JPG   203638.jpg   203842.JPG   204025.JPG   204027.JPG   204030.JPG   204063.JPG

204073.JPG   204128.JPG   204199.JPG   204232.JPG   204233.JPG   204242.JPG   204271.JPG

204647.JPG   204713.JPG   204757.JPG   204760.jpg   204809.JPG   204812.JPG   204819.JPG

204853.JPG   204883.JPG   204885.JPG   205087.JPG   205139.JPG   205172.JPG   205224.JPG

205245.JPG   205283.JPG   205340.JPG   205420.JPG   205459.jpg   205460.jpg   205596.jpg



205682.JPG   205733.JPG   205744.JPG   205750.jpg   205779.JPG   205790.JPG   205798.JPG

205806.JPG   205842.JPG   205847.JPG   205848.JPG   205857.JPG   205866.JPG   205869.JPG

205899.JPG   205931.JPG   205957.JPG   206056.JPG   206215.JPG   206232.JPG   206276.JPG

206294.jpg   206296.JPG   206338.JPG   206442.JPG   206459.JPG   206543.JPG   206544.JPG

206569.jpg   206572.JPG   206604.JPG   206609.JPG   206613.JPG   206629.JPG   206633.jpg

206642.JPG   206648.JPG   206692.JPG   206714.JPG   206720.JPG   206740.JPG   Gerry Ellis 20...

# Exhibit C



Lemurs Declared World's Most E ✕    +

🔒 www.complex.com/pop-culture/2012/07/lemurs-declared-worlds-most-endangered-mammal    

# ☐MPLEX        MUSIC   STYLE   **POP CULTURE**   SPORTS   LIFE   SNEAKERS   SHOWS   BUYER'S GUIDE   SHOP



022-03-27 16:22 (Europe/Budapest)   **HTML Updated:** "www.complex.com" reports "03/27/2022 16:22:06".   **Case ID:** CAS-113967   **URL ID:** UID-00892616

176.63.8.187" contacted server "www.complex.com" at "199.232.18.133".



At a workshop in Madagascar for the International Union for Conservation of Nature Species Survival Commission (IUCN), a group of 60 wildlife experts declared the lemur the "the most endangered of any group of vertebrates."

Most people know lemurs from the Dreamworks hit movie franchise *Madagascar*, but many don't know that the island nation is the primate's natural habitat. When you take into account that there are only 18 of particular species of lemur still alive, the problem becomes more clear.

So, what's causing the drop off? Loss of habitat and rampant hunting. According to the IUCN, "political uncertainty has increased poverty and accelerated illegal logging," combined with lemur hunting is becoming "a more serious threat than previously imagined."

The members of the IUCN are currently working to devise some solutions.

[*via* CNN]

## OUR COMMUNITY



Join the conversation on Complex today!

💬 COMMENT