UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINDEN PICTURES, INC.,

                Plaintiff,

        v.

COMPLEX MEDIA, INC.,

                Defendant.

No. 22-CV-4069 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     Due to a scheduling conflict, the initial conference originally scheduled for July 29, 2022 is hereby rescheduled to August 4, 2022 at 2:30 p.m.  The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.  If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative times for this conference.

SO ORDERED.

Dated:    August 1, 2022
            New York, New York

                                                       Ronnie Abrams
                                                       United States District Judge