UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINDEN PICTURES, INC.,

                Plaintiff,

        v.

COMPLEX MEDIA, INC.,

                Defendant.

22-CV-4069 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On July 22, 2022, Defendant moved to stay discovery in this action pending a decision on its motion to dismiss. Dkt. 24. Having considered the relevant factors in deciding whether to stay discovery pending a dispositive motion—the strength of the dispositive motion, the breadth of discovery sought and the burden of responding to it, and prejudice to the party opposing the stay, *see Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002)—the Court finds that a stay is appropriate here. Accordingly, discovery in this action is hereby stayed pending further order of the Court.

SO ORDERED.

Dated:    August 5, 2022
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge