# Rath Young Pignatelli

**R. Terry Parker, Esquire**
Attorney at Law
rtp@rathlaw.com
**DD** (603) 410-4338

October 4, 2022

<u>**VIA ECF**</u>

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Minden Pictures, Inc. v. Complex Media, Inc.,
      Docket No. 1:22-cv-04069 (RA) (GWG)</u>

Dear Judge Abrams:

We represent the plaintiff in the above-referenced action and submit this letter to correct the docket.  We inadvertently filed a letter notifying the Court of settlement of this action. ECF No. 29.  That letter was intended for another matter before this Court Judge with Judge Torres, *Minden Pictures, Inc. v. Content IQ LLC*, Case No. 1:21-cv-06246-AT-OTW.  The matter before Your Honor, *Minden Pictures, Inc. v. Complex Media, Inc*., Case No. 1:22-cv-04069 (RA) (GWG), has not settled.  Accordingly, the plaintiff respectfully requests its notification of settlement for *Minden Pictures, Inc. v. Complex Media, Inc*., Case No. 1:22-cv-04069 (RA) (GWG), be withdrawn.  We apologize for any inconvenience caused to the Court or the defendant.

Respectfully submitted,

/s/ R. Terry Parker

cc:  Counsel of Record. (via ECF)

National Impact. Uniquely New Hampshire.

Rath, Young and Pignatelli, P.C.
www.rathlaw.com

One Capital Plaza
Concord, NH 03302-1500
T (603) 226-2600
F (603) 226-2700

20 Trafalgar Square
Nashua, NH 03063
T (603) 889-9952
F (603) 595-7489

120 Water Street, 2nd Floor
Boston, MA 02109
T (617) 523-8080

26 State Street, Suite 9
Montpelier, VT 05602
T (802) 229-8050
F (802) 229-4666