# COMPLEX

**TRENDING:** ASSAULT   ARRESTED   TWITTER REACTIONS   MAX KELLERMAN

## The Tea Is Hot: Damson Idris Complex Cover Interview

POP CULTURE | BY SPEEDY MORMAN



Cited in Winden Pictures Inc v Complex Media Inc
22CV4069 Decided 3/27/23
Archived on 3/29/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Top Stories



**SPORTS**
Stephen A. Smith Explains Why He Wanted Max Kellerman Off ESPN's 'First Take'



**POP CULTURE**
Jonathan Majors Arrested for Allegedly Assaulting a Woman (UPDATE)





# COMPLEX

## Latest Episodes

After 6 intense seasons of playing Franklin Saint, Damson Idris' iconic show Snowfall is now coming to an end. Speedy met up with Damson at a…



**360 WITH SPEEDY**

Damson Idris on Jay Z Sponsoring His Green Card, Tyler, the Creator Bubble Baths & Dating Lori Harvey

COMING UP NEXT

**SNEAKER SHOPPING**
Ben Affleck, Matt Damon, and Chris Tucker Go Sneaker Shopping With Complex

**THE COMPLEX SNEAKERS PODCAST SHOW**
StockX Sold Someone 38 Pairs of Fake Sneakers | The Complex Sneakers Podcast

**FULL SIZE RUN**
Bert Kreischer Tells the Wildest Shoey Story Ever | Full Size Run



EXPLORE ALL SHOWS

## Also Watch



Cited in Minden Pictures Inc v Complex Media Inc
22CV4069 Decided 3/27/23
Archived on 3/29/23
This document is protected by copyright.
Further reproduction is prohibited without permission.




Shaq Talks About His First Sneaker


Dj Khaled's talks about heartbreak


Sean Wotherspoon x Nike Air Max 1/ the Best Sneaker

**In the Spotlight**



**MUSIC** | BY JORDAN ROSE

A Conversation With 21 Savage, Complex's Best Rapper of 2022

# COMPLEX



MUSIC | BY JORDAN ROSE

Inside Dreamville's 'Creed III' Rap Camp



POP CULTURE | BY DAYNA HAFFENDEN

From Belieber to Bieber: A Full Timeline of Justin and Hailey Bieber's Relationship

# COMPLEX



**STYLE** | BY MIKE DESTEFANO

Some of February's Biggest Jewelry Purchases From Yeat, Kendrick Lamar, Ja Morant, and More



### Discover More Complex

Exclusive: Prime Video Unveils First Look Images and Teaser Trailer for Boots Riley's 'I'm a Virgo'

She's Back: Rihanna's History With Puma

# COMPLEX

The 10 Greatest NBA Shooters of All Time, Ranked

## Complex Covers



Damson Idris Interview on His Acting Career Post Snowfall

Damson Idris discusses his acting career before and after playing Franklin Saint on the show Snowfall, his aspirations, how Jay-Z helped his career, and more.

READ FULL STORY

## Latest Stories

MUSIC
Danny Brown Says He's Seeking Treatment: 'Alcohol Is Something I Need to Be Done With'

LIFE
Reparations for Black California Residents Could Reach Over $800 Billion

COMPLEX

MUSIC
Drake and J. Cole Walked Parallel Paths on the Way to Running Rap



AGENDA
Complex Co-Signs: Jacob Consenstein Is the NYC Photographer to Follow Right Now

3/29/23, 2:44 PM                    Case 1:22-cv-04069-RA Document 32 Filed 04/12/23 Page 8 of 9
Complex | Music, Sneakers, Pop Culture, News & Style

# COMPLEX

Cited in Minden Pictures Inc v Complex Media Inc
22CV4069 Decided 3/27/23
Archived on 3/29/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

**STYLE**
Best Style Releases This Week: Supreme x Undercover, Palace x Ugg, and More

**POP CULTURE**
Jeremy Renner Talks Near-Death Experience in First Interview Since Snowplow Accident: 'You're Not Gonna Kill Me'

**POP CULTURE**
Learn How These Entrepreneurs Elevated Their Dreams with smartwater and Complex Conversations

**STYLE**
GloRilla Stars in New Campaign From Tommy Jeans and Aries

**SNEAKERS**
Adidas Withdraws Filing Against Black Lives Matter Logo

**MUSIC**
Metro Boomin Teases Joint Album With JID

Cited in Minden Pictures Inc v Complex Media Inc
22CV4069 Decided 3/27/23
Archived on 3/29/23
This document is protected by copyright.
Further reproduction is prohibited without permission.